Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ANNETTE BAKAY and RICHARD BAKAY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURIE YARNES, in her individual and official capacity as CLALLAM COUNTY ANIMAL CONTROL OFFICER; LAURIE A. YARNES and TODD A. YARNES, a marital community; TRACEY KELLAS, in her individual and official capacity as CLALLAM COUNTY ANIMAL CONTROL OFFICER, and RANDOLPH J. KELLAS, husband and wife, a marital community; CLALLAM COUNTY ex rel. CLALLAM COUNTY SHERIFF'S OFFICE and CLALLAM COUNTY ANIMAL CONTROL, a Washington municipal corporation; CHARLES B. SCHRAMM, in his individual and official capacity as PRESIDENT OF HUMANE SOCIETY OF CLALLAM COUNTY (UBI 601-141-356), a Washington nonprofit corporation; CHARLES B. SCHRAMM and JANE DOE SCHRAMM, a marital community; HUMANE SOCIETY OF CLALLAM COUNTY (UBI 601-141-356); TEV BARROS, D.V.M. (vt6853), individually; | No. C04-5803-RJB<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCLOSURE OF EXPERT TESTIMONY UNDER FRCP26(A)(2)<br><br>CLERK'S ACTION REQUIRED |

{5077211.DOC}
STIPULATED MOTION TO EXTEND DISCLOSURE
OF EXPERT TESTIMONY UNDER FRCP26(A)(2)

CLERK'S ACTION REQUIRED - 1
C04-5803-RJB
bakay.stip.expert.ord.DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

TEV M. BARROS and JANE DOE BARROS, a marital community; and DOES 1-10,

          Defendants.

## I. STIPULATED MOTION

COMES NOW the parties in this matter, by and through their respective attorneys of record and stipulate to the extension for disclosure of expert testimony under FRCP(a)(2) from August 3, 2005, until September 6, 2005. The parties jointly move for an Order of the Court granting such an extension.

The parties acknowledge that deposition discovery has yet to occur in this case due to dispositive motion practice and past availability issues. Additionally, written discovery is presently and concurrently being exchanged that will affect retention of experts and related disclosures. To ensure meaningful disclosure of expert testimony, an extension to September 6, 2005, is reasonable and respectfully requested.

DATED this 29th day of July, 2005.

          LEE SMART COOK MARTIN &
            PATTERSON, P.S., INC.


By:   /s/ Charles P.E. Leitch
      Charles P.E. Leitch, WSBA No. 25443
      Of Attorneys for Defendants Yarnes, Kellas and
      Clallam County

{5077211.DOC}
STIPULATED MOTION TO EXTEND DISCLOSURE
OF EXPERT TESTIMONY UNDER FRCP26(A)(2)

CLERK'S ACTION REQUIRED - 2
C04-5803-RJB
bakay.stip.expert.ord.DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

LAW OFFICE OF ADAM P. KARP


By: /s/ Adam Karp
Adam Karp, WSBA No. 28622
Of attorneys for Plaintiffs



FLOYD & PFLUEGER, P.S.


By: /s/ Marshall Ferguson
Marshall Ferguson, WSBA No. 29528
Of attorneys for Defendants Barros



LAW OFFICE OF MATTHEW D. WILLIAMS


By: /s/ Robert Reinhard
Robert Reinhard, WSBA No. 10890
Of attorneys for Defendants Schramm and
Humane Society of Clallam County

{5077211.DOC}
STIPULATED MOTION TO EXTEND DISCLOSURE
OF EXPERT TESTIMONY UNDER FRCP26(A)(2)

CLERK'S ACTION REQUIRED - 3
C04-5803-RJB
bakay.stip.expert.ord.DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1
2
3                                    **II. ORDER**
4        IT IS SO ORDERED.
5
         DONE this 2nd day of August, 2005.
6
7
8
9                                                 _____
10                                                ROBERT J. BRYAN
                                                  United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   {5077211.DOC}
     STIPULATED MOTION TO EXTEND DISCLOSURE
     OF EXPERT TESTIMONY UNDER FRCP26(A)(2)

     CLERK'S ACTION REQUIRED - 4
     C04-5803-RJB
     bakay.stip.expert.ord.DOC

LEE·SMART·COOK·MARTIN & PATTERSON

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury and the laws of the State of Washington that on June 28, 2005, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Adam Karp
Law Office of Adam P. Karp
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225

Mr. Grant F. Hopper
Attorney at Law
P.O. Box 3318
Everett, WA 98203

Mr. Marshall Ferguson
Floyd & Pflueger, P.S.
2505 Third Avenue, Suite 300
Seattle, WA 98121-1445

Mr. Robert D. Reinhard
Law Offices of matthew W. Williams
3315 S. 23rd Street, Suite 310
Tacoma, WA 98405

DATED this 29th day of July, 2005.

_____
Julie DeShaw, Legal Assistant for
Charles P.E. Leitch

{5077211.DOC}
STIPULATED MOTION TO EXTEND DISCLOSURE
OF EXPERT TESTIMONY UNDER FRCP26(A)(2)

CLERK'S ACTION REQUIRED - 5
C04-5803-RJB
bakay.stip.expert.ord.DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944