UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ORDER
Page - 1

| | |
|---|---|
| ANNETTE BAKAY and RICHARD BAKAY, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>LAURIE A. YARNES, in her individual and official capacity as CLALLAM COUNTY ANIMAL CONTROL OFFICER; LAURIE A. YARNES and TODD A. YARNES, a marital community; TRACEY KELLAS, in her individual and official capacity as CLALLAM COUNTY ANIMAL CONTROL OFFICER, and RANDOLPH J. KELLAS, husband and wife, a marital community; CLALLAM COUNTY ex rel. CLALLAM COUNTY SHERIFF'S OFFICE and CLALLAM COUNTY ANIMAL CONTROL, a Washington municipal corporation; CHARLES B. SCHRAMM, in his individual and official capacity as PRESIDENT OF HUMANE SOCIETY OF CLALLAM COUNTY (UBI 601-141-356), a Washington nonprofit corporation; CHARLES B. SCHRAMM and JANE DOE SCHRAMM, a marital community; HUMANE SOCIETY OF CLALLAM COUNTY (UBI 601-141-356), a Washington nonprofit corporation; TEV BARROS, D.V.M. (vt6853), individually; TEV M. BARROS and JANE DOE BARROS, a marital community; and DOES 1-10,<br><br>Defendants. | Case No.  C04-5803RJB<br><br>ORDER DENYING PLAINTIFFS' MOTION SEEKING LEAVE TO FILE MOTION TO COMPEL |

This matter comes before the Court on Plaintiffs' Motion Seeking Leave to File a Motion to Compel (Dkt. 153).  The Court has considered the pleadings filed in support of and in opposition to the motion and the file herein.

Plaintiffs request permission to file a motion to compel discovery in this matter. Specifically, Plaintiffs desire to compel production of (1) records pertaining to weapons issued to Defendants Yarnes and Kellas, (2) prior complaints against Defendants Yarnes and Kellas, (3) Defendants' financial information for potential punitive damages, (4) correspondence with experts, and (5) corporate records from the Humane Society of Clallam County.

ORDER
Page - 2

On April 7, 2005, the Court issued an Order stating that all motions related to discovery must be filed by September 12, 2005, and that discovery must be completed by October 2, 2005. Dkt. 39, at 1.  The deadline for filing discovery motions expired over three months ago, and this case is scheduled for trial on January 20, 2005.

Plaintiffs have failed in their motion to offer a reasonable explanation why the Court should allow further discovery this late in the process.  Plaintiffs had ample time to bring appropriate discovery motions prior to the deadline of September 12, 2005.  Further, many of the issues raised by Plaintiffs in their motion have already been addressed by the Court's Order Denying Plaintiffs' Motion to Compel, dated October 5, 2005.  Dkt. 110.

The three issues in Plaintiffs' current motion that appear new to the Court are the requests for records pertaining to any weapons issued to Defendants Yarnes and Kellas, correspondence with experts, and corporate records from the Humane Society of Clallam County.  A review of Plaintiffs' claims indicates that there are no issues involving unreasonable use of force in this case, and Plaintiffs' request for records pertaining to weapons is not relevant. Further, Plaintiffs have had ample time to bring a motion to compel production of any correspondence with experts or corporate records from the Humane Society of Clallam County long before now.

ORDER
Page - 3

Consequently, Plaintiffs' Motion Seeking Leave to File a Motion to Compel (Dkt. 153) should be denied.

### ORDER

Therefore, it is hereby

**ORDERED** that Plaintiffs' Motion Seeking Leave to File a Motion to Compel (Dkt. 153) is **DENIED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 16th day of December, 2005.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 4