UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNETTE BAKAY and RICHARD BAKAY, wife and husband,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAURIE A. YARNES, in her individual and official capacity as CLALLAM COUNTY ANIMAL CONTROL OFFICER; LAURIE A. YARNES and TODD A. YARNES, a marital community; TRACEY KELLAS, in her individual and official capacity as CLALLAM COUNTY ANIMAL CONTROL OFFICER, and RANDOLPH J. KELLAS, husband and wife, a marital community; CLALLAM COUNTY ex rel. CLALLAM COUNTY SHERIFF'S OFFICE and CLALLAM COUNTY ANIMAL CONTROL, a Washington municipal corporation; CHARLES B. SCHRAMM, in his individual and official capacity as PRESIDENT OF HUMANE SOCIETY OF CLALLAM COUNTY (UBI 601-141-356), a Washington nonprofit corporation; CHARLES B. SCHRAMM and JANE DOE SCHRAMM, a marital community; HUMANE SOCIETY OF CLALLAM COUNTY (UBI 601-141-356), a Washington nonprofit corporation; and DOES 1-10,<br><br>    Defendants. | Case No. C04-5803RJB<br><br>ORDER AUTHORIZING RESPONSE TO DEFENDANTS YARNES, KELLAS, AND CLALLAM COUNTY'S MOTION FOR RECONSIDERATION |

ORDER
Page - 1

1  This matter comes before the Court on Defendants Yarnes, Kellas, and Clallam County's Motion for Reconsideration (Dkt. 210) regarding the Court's recent Order on Defendants' Motion for Summary Judgment for Dismissal of State Law Claims (Dkt. 209). Pursuant to Local Rule 7(d), motions for reconsideration are noted for the day they were filed. The Court has considered the pleadings filed in this matter and the file herein.

## MOTION FOR RECONSIDERATION

To date, all claims against Defendants Yarnes, Kellas, Clallam County Sheriff's Department, and Clallam County Animal Control have been dismissed, except for possible claims under the Washington Constitution, which is the subject of this Motion for Reconsideration.

In their Amended Complaint, Plaintiffs allege the following in their sixth and seventh claims for relief:

> By this conduct, individual defendants have violated Plaintiffs' federal constitutional and statutory rights under 42 U.S.C. § 1983, **as well as corollary Washington State constitutional rights against unreasonable searches and seizures (Art. 1, Wash. Const. §§ 3 and 7), deprivations of liberty and property without due process (substantive and procedural), and taking property for a public purpose without just compensation.**

Dkt. 46, at 12-13 (emphasis added). The Court construed Plaintiffs' complaint to allege violations of their civil rights under both the federal and state constitutions.

On December 30, 2005, Defendants Yarnes, Kellas, and Clallam County filed this motion, requesting that the Court reconsider its recent Order that dismissed all state tort and contract claims against Defendants Yarnes, Kellas, Clallam County Sheriff's Department, and Clallam County Animal Control. In the Order, the Court stated "[t]he Court has not dismissed any claims alleging violations of Plaintiffs' rights under the Washington Constitution, which to date have not been addressed by motion." Dkt. 209, at 12.

Defendants contend that Plaintiffs did not reference the Washington Constitution as a separate basis for liability, and that Defendants Motions for Summary Judgment adequately addressed all potential claims under both the federal and state constitutions. Defendants request

ORDER
Page - 2

that the Court amend its Order to dismiss all claims against Defendants Yarnes, Kellas, Clallam County Sheriff's Department, and Clallam County Animal Control in this matter, including any potential claims brought under the Washington Constitution.

## APPLICABLE STANDARDS

Local Rule 7(h)(3) states, in part:

**(h) Motions for Reconsideration**

(3) Response. No response to a motion for reconsideration shall be filed unless requested by the court. No motion for reconsideration will be granted without such a request. The request will set a time when the response is due, and may limit briefing to particular issues or points raised by the motion, may authorize a reply, and may prescribe page limits.

## ORDER

Therefore, it is hereby

**ORDERED** that Plaintiffs are authorized to file a Response, not to exceed 8 pages, to Defendants Yarnes, Kellas, and Clallam County's Motion for Reconsideration (Dkt. 210). In view of the impending pretrial conference scheduled for January 20, 2006, Plaintiffs' Response is due on January 9, 2006, and Defendants' Reply is due on January 11, 2006. This matter will be considered on January 11, 2006.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 3rd day of January, 2006.

Robert J. Bryan
United States District Judge

ORDER
Page - 3